2015-1439 (La. 9/7/16)
**Cynthia BRIDGES, Sec., Dept. of Rev., State of Louisiana**

v.

**NELSON INDUSTRIAL STEAM CO.**

**Nelson Industrial Steam Co.**

v.

**Calcasieu Parish School System Sales and Use Tax Dept., et al.**

**Cynthia Bridges, Sec., Dept. of Rev., State of Louisiana**

v.

**Nelson Industrial Steam Co.**

**Consolidated With Nelson Industrial Steam Co.**

v.

**Calcasieu Parish School System Sales and Use Tax Dept., et al.**

**NO. 2015–C–1439**

Supreme Court of Louisiana.

September 07, 2016

*ON WRIT OF CERTIORARI TO THE COURT OF APPEAL, THIRD CIRCUIT, PARISH OF CALCASIEU*

Rehearing denied.

WEIMER, J., dissenting.

I would grant the application for rehearing and docket the case for further argument in light of my dissent in part in this matter and the legislative response to the majority opinion in Act 3 of the 2016 Second Extraordinary Legislative Session, which addressed the issue presented. Accordingly, I respectfully dissent from the denial of the application for rehearing.